# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS LA CHAPELLE, | Case No. EDCV 08-1305-JTL |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: June 30, 2009

                                               /s/
                                  JENNIFER T. LUM
                                  UNITED STATES MAGISTRATE JUDGE